UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
CHESLEY TAYLOR

       Plaintiff,      MEMORANDUM & ORDER

  -against-           08-CV-1036 (ENV)

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
-------------------------------------------------------------------- x

VITALIANO, D.J.

  The Court is in receipt of a letter dated February 23, 2009 from plaintiff informing the Court of his inability to respond to the Commissioner's motion to dismiss due to illness and requesting a "continuance of one cycle of the court's time" in order to have "sufficient recovery time" and an opportunity to "submit my best defense". Since pleadings by *pro se* litigants are to be construed liberally, the Court considers plaintiff's letter a request for an extension of time to file a response to the Commissioner's motion. Given the leniency generally afforded to *pro se* litigants, and with no objection from the Commissioner, the Court grants Taylor an extension until March 30, 2009, to file his response to the Commissioner's motion.

  SO ORDERED.

Dated: Brooklyn, New York
   March 10, 2009

                _____
                ERIC N. VITALIANO
                United States District Judge