UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
CHESLEY TAYLOR

                        Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
---------------------------------------------------------------- x

MEMORANDUM & ORDER

08-CV-1036 (ENV)

**VITALIANO, D.J.**

By the Court's previous orders dated January 23, 2009 and March 10, 2009 the Court granted two motions made by plaintiff for an extension of time to file a response to the Commissioner's motion for judgement on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). Plaintiff's response was due March 30, 2009. Plaintiff's time to oppose the Commissioner's motion for judgment on the pleadings has expired. The Court orders the plaintiff to show cause by informing the Court on or before **July 20, 2009** as to why the Commissioner's motion should not be deemed fully submitted for decision without formal opposition filed by plaintiff. Plaintiff's failure to respond on or before **July 20, 2009** will result in the Court's consideration of the Rule 12(c) motion as fully submitted.

The Commissioner is directed to send a written copy of this order to plaintiff at his last known address on file with the clerk.

    SO ORDERED.

Dated: Brooklyn, New York
       July 1, 2009

                                               ERIC N. VITALIANO
                                               United States District Judge